FILED FEB 18 '14 AM 10:50 USDCALS

APPENDIX A
COMPLAINT FORMAT

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

SOUTHERN ←――――――→ DIVISION

Gordon Vaughan   Social Security No. 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
(Name of Plaintiff)
**Plaintiff**

vs. mobile City Police and :   Civil Action No. 14-68-KD-C
chief and mayor, city of mobile it-:
(Name of Defendant(s) self
**Defendant** its place there successors in office Agents
eployees, acting in concert and connect, herein as
described. Defendant Caralyn Helen Vaughan,
(shiffield)(Brown)(Lusk) COMPLAINT (Prull)
(Double space text of complaint)

1.

(Grounds for jurisdiction) Jurisdiction is confered under 42 USC.
1983, and 28 USC, 1915 §
Gordon Vaughen                2.
'Plaintff'
(Show plaintiff's name(s) and residence or address) chief of City Police, mayor
of City of Mobile, City of Mobile, itself. There successors in
office, Agents and employees 3. acting in concert and/or con-
nection, individually cued in True official Capacity et. al.
(Show defendant(s) name(s) and address(es))
Defendants

APPENDIX A (Cont'd)
COMPLAINT FORMAT

4.

(State briefly your legal claim or your reason for filing suit.   Include the statue under which the suit is filed.) Filing under Color of State Law, Rules, Regulations policies, procedures, under The Code of Alabama Attempted murder and now 5. Threats of malicious prosecution, And/or murder year 2012-13 and To present date

(Give a brief, concise statement of the specific facts involved in your case) Also "Failure" To properly Train "See" Fed. Reporters 2nd For Necessary components series

"see below"

6.

(State the relief you are requesting.)

on or about Sept 2012 City Police picked The plaintiff up, on Hallsmill rd Sept 2012, placed in The back seat of Police vehicle was Told he was going To be Killed, Taken nearby a creek off — Hallmill rd. made To walk out INTO The woods at which Time plaintiff "ran" and hid in The woods waited about Two (2) for police To "Leave" They finally left Then Plaintiff Left The are. Now" past Two (2) To 5 weeks words being passed along City Police going To again kill me and/or malicious prosecution conspiracy under §1985 or They want me out of Town appearing I got Killed elsewhere, with "Wallace's" Carolyn H. Vaughen being paid To "Lie" "Steal" my mail property ect. mobile city police arrested me Sept 27TH 2012 stole my backpack of clothing and property They would Not return See code of Alabama

Gordon Vaugh
(Signature and date), pro se

General Delivery
(Address)

Mobile Post office
(Phone Number)     see Next P.
CONTINUED

APPENDIX B
**CERTIFICATE OF SERVICE FORMAT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing _____
                                          (Name of pleading)

was mailed/delivered to _____ at _____
                        (Name of defendant(s) or        (Address)
                        defendant's attorney)

                                                    over ⟶

on _____, 20 _____.                    ~~See~~ see attached sheet

every Time I go into The U.S.
marshals Federal Courthouse       *Gordon Vaughn*
These U.S. marshals give me       (Signature and date), pro se
a hard Time black and             *General Delivery*
"white" Cardlyn H. Vaughan        (Address)
                                  *Mobile Post office*
"Carolyn H. shiffield", "Cardyn H Luster", Cardlyn-   (Phone Number)
H. Brown". I had mail going To whats called
15ᵗʰ "place" 279-B North Washington Ave mobile
Ala. 36603. "They" allow you receive "mail" 15ᵗʰ
place if your homeless. They [a black Female]
stole my "mail", debit Card I had sent To 15 N.
Joachim st, mobile, AL. 36602, She Took money
Cardyn H. Vaughan steals and paid her off for a
New debit Card I ordered and had mailed To
15ᵗʰ place. Also Carolyn H. Vaughan, makes False
reports To This "CiTy itself" Police and Lies on
me about it. She also forged papers for QI hou-
sing 105 Griffib Ave PraTTville, Ala 36067 and 400
North Vanderbilt dr. mobile Alabama 36609

Facts of Case
42 U.S.C 1983

Carolyn H Vaughan, "believed" also
To be a known murder of blacks, she
Kills and "says" its me, I'm monitored
around the clock by The U.S Government
They know when I go To bathroom, eat, sleep
around the clock 24 hours a day, and there
for know I'm not a murder of blacks, or
any other color, alot of blacks Lie also on
me acting in concert with Carolyn Helen
Vaughan, (Shiffield) (Brown) (Luster) and
(Pruitt) Carolyn H. Vaughan has forged add-
ress "changes" using my name, "if" she has
learned of a address at which I reside
has had my mail deverted To her house,
105 Giffith Ave Prattville, Ala 36067 and/or
post-office Box, stole money, and all-
sorts of mail From me for "years", she's
bought "houses" on a veterans, forgery bell
using my name and without my permission
or knowledge and Lived in these houses for
years, its believed she s bought other houses
as well., she's believed To have a debit Card
Like mine I ordered and had sent To Rx
15? Place. There active participants in violation
herein described, "under" This Test, plaint-
iff Gordon Vaughan "clearly" states a
claim upon which relief "should" be granted